**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA     §

§

§

§

VS.     §     CRIMINAL  NO. H-14-94-12

§

§

§

ALMA ROCIO MORENO-BENITEZ     §

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 378 and 379). The  motion for continuance is GRANTED.  The

sentencing hearing is reset to **December 11, 2015 at 9:30 a.m.** Objections to the presentence

report are to be filed by November 27, 2015.

SIGNED on September 1, 2015, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge